UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIN RUTH STACY,

    Plaintiff,

v.                                                       Case No: 5:13-cv-194-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant's Motion to Dismiss (Doc. 11). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion to Dismiss is **GRANTED** and the complaint is **DISMISSED** for lack of subject matter jurisdiction. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _29_ day of October, 2013.

                                                     G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties